**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRIAN T. JORDAN**                                                                                  **PETITIONER**

v.                                          **CASE NO. 5:13CV00375 BSM**

**RAY HOBBS**                                                                                           **RESPONDENT**

**ORDER**

The findings and recommendation submitted by United States Magistrate Judge H. David Young have been received, along with the objections thereto. After a careful review of the findings and recommendation, the objections, and a *de novo* review of the record, it is concluded that the findings and recommendation should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly, the petition for writ of habeas corpus filed by Brian T. Jordan is dismissed.

When entering a final order adverse to a habeas corpus petitioner, a certificate of appealability must be issued or denied. *See* Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no basis to issue a certificate of appealability, the certificate is denied.

IT IS SO ORDERED this 16th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE