IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRIAN T. JORDAN**                                                                          **PETITIONER**

v.                                              **CASE NO. 5:13CV00375 BSM**

**RAY HOBBS**                                                                                **RESPONDENT**

## ORDER

Petitioner Brian T. Jordan's motion for reconsideration [Doc. No. 24] is denied. Jordan's motion to appeal *in forma pauperis* [Doc. No. 25] is denied because a certificate of appealability was not issued.

IT IS SO ORDERED this 29th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE